IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-12-278-D |
| | ) | |
| LASHANTE LAMAR CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>O R D E R</u>**

This matter comes before the Court following a psychiatric examination ordered upon Defendant Lashante Lamar Carter's Motion to Determine Competency. The Court has received, and filed under seal, two reports from a forensic psychologist who performed the examination. The examiner's reports address, respectively, Defendant's current mental competency and his mental competency at the time of the offense charged in the Indictment.

On May 31, 2013, the Court conducted a hearing pursuant to 18 U.S.C. § 4247(d), at which Defendant appeared personally with his appointed counsel, John W. Coyle, IV. Defendant stated his agreement with the conclusions reached by the examiner that 1) Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and 2) Defendant was not suffering from a mental disorder or condition that rendered him unable to understand the nature, quality, or wrongfulness of his actions during the time period of the alleged offense. The Court therefore accepts these conclusions. The Court finds Defendant mentally competent to stand trial, and finds no basis for a defense of insanity.

IT IS THEREFORE ORDERED that the case shall proceed to trial on the Court's July 9, 2013 jury trial docket.

IT IS SO ORDERED this 31st day of May, 2013.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE